

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-12-00419-CR

ROLANDO REYES, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 242nd District Court
Hale County, Texas
Trial Court No. B19080-1203, Honorable Edward Lee Self, Presiding

May 23, 2013

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Pending before this Court is a *Motion to Dismiss Appeal* filed by Appellant, Rolando Reyes, in which he represents he wishes to withdraw his notice of appeal. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by Appellant and his attorney. No decision of this Court having been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle
Justice

Do not publish.